Charles A. Wahrer et al., copartners, trading as Wahrer Brothers, Appellants, v. Ciecilia Molloy, Appellee.

### Gen. No. 22,725.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded. Opinion filed March 12, 1917.

### Statement of the Case.

Action in replevin by Charles A. Wahrer *et al.*, copartners, trading as Wahrer Brothers, plaintiffs, against Ciecilia Molloy, defendant, for the recovery of a diamond ring, statement in trover being filed on non-recovery of the ring. From a judgment for defendant, plaintiffs appeal.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

KRAFT, KRAFT & ERSKINE, for appellants.

No appearance for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

EVIDENCE, § 421*—*how value may be proved.* Testimony as to the value of a diamond ring by a party not an expert nor in any way qualified to testify on the subject, *held* to be inadmissible.